Argued and submitted September 26, 1994, reversed and remanded January 4, 1995

In the Matter of Owen Gallagher,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

OWEN GALLAGHER,
*Appellant.*

(9309-97311; CA A81711)

887 P2d 394

Paul L. Breed filed the brief for appellant.

Richard D. Wasserman, Assistant Attorney General, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Deits, Presiding Judge, and Riggs and Haselton, Judges.

PER CURIAM

Reversed and remanded. *State v. May,* 131 Or App 570, 888 P2d 14 (1994); *State v. Allison,* 129 Or App 47, 877 P2d 660 (1994).